April 20, 2015


Cathy S. Lusk, Clerk
Twelfth Court of Appeals of Texas
1517 West Front Street, Suite 354
Tyler, Texas 75702

REC'D IN COURT OF APPEALS
12th Court of Appeals District

APR 2 1 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

RE:      Appeal No.:            12-14-00073-CR
         Trial Court Cause No.: 1114-0648-13

SUBJECT:

Pursuant to Tex. R. App. P. 34, 34.1, 34.5, and 34.6, I, Joseph Michael Pierce, Defendant/Appellant/Applicant in the above-mentioned appeal and trial court cause numbers, requests this Court to notify him of the "COMPLETE COSTS" of obtaining copies of the following documents/records from this Court:

1.  The complete transcripts/records of the Clerk's Record and any Supplemental Clerk's Record pursuant to Tex. R. App. P. 34.5;

2.  The complete transcripts/records of the Reporter's Record and any Supplemental Reporter's Record pursuant to Tex. R. App. P. 34.6;

3.  All documentation of the Court's Docket Sheet;

4.  Any and all exhibits (especially the two admitted videos at trial), videos, photographs, photo-lineups, sworn affidavits, police reports, and any other documents not mentioned that's apart of this appellate record; and

5.  Any and all motions filed with this Court and the Trial Court.

I again request the complete costs in obtaining these records/transcripts/documents.

I sincerly thank you for your time in this matter. For any questions, I can be reached at the address below.

Respectfully Submitted,

Joseph Pierce

Joseph Michael Pierce
TDCJ-CID No. 1919200
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705


cc: